*Rhodes Pharm. v. Actavis, et al.*
<u>Scheduling Order</u>

| Event | Joint Proposal | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|---|
| Fed. R. Civ. P. 26(f) planning conference | July 7, 2016 | | |
| Joint Proposed Discovery Plan to be submitted | July 18, 2016 | | |
| Rule 16 Scheduling Conference with Court | July 21, 2016 | | |
| Fed. R. Civ. P. 26(a) initial disclosures | July 28, 2016 | | |
| Stipulated E-Discovery Plan to be filed | To be agreed by Parties | | |
| Disclosure of asserted claims (L. Pat. R. 3.6(b)) | August 11, 2016 | | |
| E-Discovery Conference pursuant to L. Civ. R. 26.1(d) to occur | No later than August 12, 2016 | | |
| Proposed Discovery Confidentiality Order to be filed (L. Pat. R. 2.2) | No later than August 19, 2016 | | |
| Non-infringement contentions served and accompanying document production made (L. Pat. R. 3.6(e)-(f)) | August 25, 2016 | | |
| Invalidity contentions and accompanying document production served (L. Pat. R. 3.6(c)-(d)) | August 25, 2016 | | |
| Infringement contentions and accompanying document production served (L. Pat. R. 3.6(g)-(h)) | October 7, 2016 | | |

1

| | | | |
|---|---|---|---|
| Response to invalidity contentions served (L. Pat. R. 3.6(i)) | October 7, 2016 | | |
| Parties exchange lists of claim terms for construction (L. Pat. R. 4.1(a)) | October 21, 2016 | | |
| Parties exchange preliminary proposed claim constructions and identify supporting intrinsic and extrinsic evidence (including identification of witness testimony and summary of expert opinions in support of claim construction) (L. Pat. R. 4.2(a)-(b)) | November 11, 2016 | | |
| Parties identify responsive intrinsic and extrinsic evidence (L. Pat. R. 4.2(c)) | November 30, 2016 | | |
| Joint claim construction and prehearing statement to be filed (L. Pat. R. 4.3) | December 16, 2016 | | |
| Substantial completion of document production[1] | | Plaintiff Opposes this Schedule Entry | April 10, 2017 |
| Deadline to seek leave to amend pleadings or join parties | 60 days after *Markman* Order | | |
| Completion of claim construction discovery other than expert witness depositions (L. Pat. R. 4.4) | January 13, 2017 | | |
| Document production completed | | Plaintiff Opposes this Schedule Entry | May 1, 2017 |

| | | | |
|---|---|---|---|
| Simultaneous Opening *Markman* briefs (L. Pat. R. 4.5(a)) | January 31, 2017 | | |
| Completion of discovery from experts who submitted declaration with opening *Markman* brief (L. Pat. R. 4.5(b)) | February 24, 2017 | | |
| Simultaneous Responsive *Markman* briefs (L. Pat. R. 4.5(c)) | March 24, 2017 | | |
| Joint proposal of schedule for *Markman* hearing (L. Pat. R. 4.6) | March 31, 2017 | | |
| *Markman* hearing | TBD *(April/May 2017 subject to Court's availability)* | | |
| Advice-of-counsel disclosures and production (L. Pat. R. 3.8) | 30 days after *Markman* Order | | |
| Close of fact discovery | July 26, 2017 | | |
| Opening expert reports on issues for which the party bears the burden of proof | August 30, 2017 | | |
| Rebuttal expert reports | October 4, 2017 | | |
| Reply expert reports | November 8, 2017 | | |
| Close of expert discovery | December 13, 2017 | | |
| Filing of dispositive motions | No later than January 19, 2018 | | |
| Deadline for filing *Daubert* Motions | TBD | | |

3

| | | | |
|---|---|---|---|
| Joint Final Pretrial Order | TBD at the Court's convenience (no later than 5 business days before the pre-trial conference) | | |
| Final Pretrial conference | March 2018 | | |
| Trial | April 2018 | | |

The Court will hold telephone conferences, to be initiated by plaintiff, on 11/21/16 @ 10:30am And 1/18/17 @ 10:00 am.

So Ordered
s/Cathy L. Waldor

7/21/16

USMJ C. Waldor