

Jamie L. Lucia
Phone: (973) 286-6747
Fax: (973) 286-6847
jlucia@saul.com
www.saul.com

November 9, 2016

**VIA ECF & FEDEX**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Rhodes Pharmaceuticals L.P. v. Actavis, Inc., et al.*
              Civil Action No. 16-1668 (WHW) (CLW)

Dear Judge Waldor:

      This firm, together with Steptoe & Johnson LLP, represents plaintiff Rhodes Pharmaceuticals L.P. ("Rhodes") in the above-captioned matter.

      We write to respectfully request a brief extension of certain deadlines in the Court's Amended Scheduling Order (D.I. 43) due to the parties' extended negotiations on the Discovery Confidentiality Order and scheduling conflicts for Rhodes's counsel leading up to the current deadline for Rhodes's service of infringement contentions and responses to invalidity contentions. We have conferred with counsel for Actavis, and Actavis has consented to the following revised schedule:

| Event | Current Date (D.I. 43) | Proposed Amended Date |
|---|---|---|
| Infringement contentions and accompanying document production served (L. Pat. R. 3.6(g)-(h)) | November 18, 2016 | December 7, 2016 |
| Responses to invalidity contentions served (L. Pat. R. 3.6(i)) | November 18, 2016 | December 7, 2016 |
| Parties exchange lists of claim terms for construction (L. Pat. R. 4.1(a)) | December 2, 2016 | December 21, 2016 |
| Parties exchange preliminary proposed claim construction and identify supporting intrinsic and extrinsic evidence (including identification of witness testimony and summary of expert opinions in support of claim construction) (L. Pat. R. 4.2(a)-(b)) | December 21, 2016 | January 13, 2017 |

Hon. Cathy L. Waldor, U.S.M.J.
November 9, 2016
Page 2

| Event | Current Date (D.I. 43) | Proposed Amended Date |
|---|---|---|
| Parties identify responsive intrinsic and extrinsic evidence (L. Pat. R. 4.2(c)) | January 11, 2017 | January 27, 2017 |
| Joint claim construction and prehearing statement filed (L. Pat. R. 4.3) | January 20, 2017 | February 8, 2017 |
| Completion of claim construction discovery other than expert witness depositions (L. Pat. R. 4.4) | February 13, 2017 | February 24, 2017 |
| Simultaneous Opening *Markman* briefs filed (L. Pat. R. 4.5(a)) | February 28, 2017 | March 14, 2017 |
| Completion of discovery from experts who submitted declaration with opening *Markman* brief (L. Pat. R. 4.5(b)) | March 29, 2017 | April 12, 2017 |
| Simultaneous Responsive *Markman* briefs filed (L. Pat. R. 4.5(c)) | April 21, 2017 | May 5, 2017 |
| Joint proposal of schedule for *Markman* hearing (L. Pat. R. 4.6) | April 28, 2017 | May 12, 2017 |
| *Markman* hearing | TBD (May/June 2017 subject to Court's availability) | TBD (June 2017 subject to Court's availability) |

All other dates in the Court's Amended Scheduling Order will remain unchanged. If this meets with Your Honor's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Jamie L. Lucia

cc:   All Counsel (via e-mail)

SO ORDERED:

Hon. Cathy L. Waldor, U.S.M.J.
11/10/16