UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RHODES PHARMACEUTICALS L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTAVIS ELIZABETH LLC ) <br> and ACTAVIS LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 16-1668 <br> (WHW)(CLW) <br><br> **(Filed Electronically)** |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to agreement between the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff Rhodes Pharmaceuticals L.P. and Defendants Actavis Elizabeth LLC and Actavis LLC (collectively, the "Parties") hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action (the "Action") are hereby dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce the order of dismissal and any related agreements or orders, and to resolve any disputes relating thereto.

SO STIPULATED:

Dated: April 5, 2018

By: s/ William C. Baton
William C. Baton
David L. Moses
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
wbaton@saul.com
dmoses@saul.com

Of Counsel:
John L. Abramic
Katherine H. Johnson
Matthew Zuziak
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
(312) 577 1264
jabramic@steptoe.com

Vishal C. Gupta
Cassandra A. Adams
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 378-7615
cadams@steptoe.com

Jamie Lucia
STEPTOE & JOHNSON LLP
1 Market Street
Steuart Tower, Suite 1800
San Francisco, CA 94105
(415) 365-6711
jlucia@steptoe.com

*Attorneys for Plaintiff*
*Rhodes Pharmaceuticals L.P.*

By: s/ Liza M. Walsh
Liza M. Walsh
Christine I. Gannon
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY
FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, New Jersey 07102
(973) 757-1100

Of Counsel:
Gary E. Hood
Mark T. Deming
John P. Snow
POLSINELLI
161 N. Clark St., Suite 4200
Chicago, IL
(312) 819-1900

Graham L. Day
POLSINELLI
100 S. 4th Street, Suite 1000
St. Louis, MO
(314) 622-6609

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis LLC*

SO ORDERED this \_17\_ day of \_April\_, 2018

**IT IS SO ORDERED:**

    **S/ William H. Walls, USDJ**

---

Honorable William H. Walls      **U.S.D.J.**
United States District Judge